IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

SHANNON D. SIMS

INFORMATION

5:11mj147-LB

---

**THE UNITED STATES ATTORNEY CHARGES:**

COUNT ONE

On or about August 11, 2011, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the Defendant,

**SHANNON D. SIMS,**

did unlawfully drive a motor vehicle without knowledge that her license and/or driving privileges were canceled, suspended or revoked, in violation of Section 322.34(1), Florida Statutes, and Title 32, Code of Federal Regulations, Part 210.

COUNT TWO

On or about August 11, 2011, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the Defendant,

**SHANNON D. SIMS,**

did have a defective stop lamp, in violation of Section 316.222, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

*Kathryn Risinger*                               10/27/11
PAMELA C. MARSH                             DATE
United States Attorney