IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO: 5:11-mj-00147-LB

SHANNON D. SIMS
------------------------------------------------------------------

**ORDER APPOINTING PUBLIC DEFENDER**

THE ABOVE named Defendant who appeared before the court, having been examined by the undersigned, and the court having determined from the sworn testimony of the Defendant that said Defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby

ORDERED:

THE FEDERAL PUBLIC DEFENDER, 227 N Bronough Street, Suite 4200, Tallahassee, FL 32301, (850) 942-8818, is appointed to represent this Defendant and serve as counsel of record in the above styled cause.

IT IS FURTHER ORDERED that the Defendant shall contact the office of the Federal Public Defender at least two days prior to the date of the next scheduled court appearance.

DONE AND ORDERED at Panama City, Bay County, Florida, this the 8th day of November, 2011.

    **s/ Larry A. Bodiford**
LARRY A. BODIFORD
UNITED STATES MAGISTRATE JUDGE